**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  GABRIEL ESCOBEDO NEGRON,              No. C 10-01976 CW (PR)

11          Petitioner,                   ORDER TO SHOW CAUSE

12      v.

13  J. TIM OCHOA, Acting Warden,

14          Respondent.
    _____/

15

16      Petitioner, a state prisoner, has filed this petition for a

17  writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid

18  the $5.00 filing fee.  It does not appear from the face of the

19  petition that it is without merit.  Good cause appearing, the Court

20  hereby issues the following orders:

21      1.   The Clerk of the Court shall serve a copy of this Order

22  and the petition and all attachments thereto upon Respondent and

23  Respondent's attorney, the Attorney General of the State of

24  California.[1]  The Clerk shall also serve a copy of this Order on

25  Petitioner at his current address.

26      2.   Respondent shall file with this Court and serve upon

27  Petitioner, within one-hundred twenty (120) days of the issuance of

28

_____

[1] J. Tim Ochoa, the current warden of the prison where Petitioner
is incarcerated, has been substituted as Respondent pursuant to Rule
25(d) of the Federal Rules of Civil Procedure.

**United States District Court**
For the Northern District of California

1 this Order, an Answer conforming in all respects to Rule 5 of the

2 Rules Governing Section 2254 Cases, showing cause why a writ of

3 habeas corpus should not be issued.  Respondent shall file with the

4 Answer a copy of all portions of the relevant state records that

5 have been transcribed previously and that are relevant to a

6 determination of the issues presented by the petition.

7      3.   If Petitioner wishes to respond to the Answer, he shall

8 do so by filing a Traverse with the Court and serving it on

9 Respondent within <u>sixty (60) days</u> of his receipt of the Answer.

10 Should Petitioner fail to do so, the petition will be deemed

11 submitted and ready for decision <u>sixty (60) days</u> after the date

12 Petitioner is served with Respondent's Answer.

13      4.   Respondent may file with this Court and serve upon

14 Petitioner, within <u>sixty (60) days</u> of the issuance of this Order, a

15 motion to dismiss on procedural grounds in lieu of an Answer, as

16 set forth in the Advisory Committee Notes to Rule 4 of the Rules

17 Governing Section 2254 Cases.  If Respondent files such a motion,

18 Petitioner shall file with the Court and serve on Respondent an

19 opposition or statement of non-opposition to the motion within

20 <u>sixty (60) days</u> of receipt of the motion, and Respondent shall file

21 with the Court and serve on Petitioner a reply within <u>fifteen (15)</u>

22 <u>days</u> of receipt of any opposition.

23      5.   It is Petitioner's responsibility to prosecute this case.

24 Petitioner must keep the Court and Respondent informed of any

25 change of address and must comply with the Court's orders in a

26 timely fashion.  Petitioner must also serve on Respondent's counsel

27 all communications with the Court by mailing a true copy of the

28 document to Respondent's counsel.

1    6.    Extensions of time are not favored, though reasonable

2  extensions will be granted.  Any motion for an extension of time

3  must be filed no later than ten (10) days prior to the deadline

4  sought to be extended.

5      IT IS SO ORDERED.

6  Dated: 6/24/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

3

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

GABRIEL ESCOBEDO NEGRON,

4                                                      Case Number: CV10-01976 CW

          Plaintiff,

5                                                      **CERTIFICATE OF SERVICE**

      v.

6

J.F. SALAZAR et al,

7

          Defendant.

8                                                   /

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

10   Court, Northern District of California.

That on June 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said

11   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

12   receptacle located in the Clerk's office.

13

14

Gabriel Escobedo Negron V-00719

15   A2-224L
Chuckawalla Valley State Prison

16   P.O. Box 2349
Blythe,  CA 92226

17

Dated: June 24, 2010

18
                                         Richard W. Wieking, Clerk

19                                       By: Nikki Riley, Deputy Clerk

20

21

22

23

24

25

26

27

28

4